UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RICHARD L. WHITEHEAD,

                              Plaintiff,

- against –

                                                          17-CV-9400 (LMS)

WETHERSFIELD FOUNDATION, INC.,
FORMERLY KNOWN AS
HOMELAND FOUNDATION, INCORPORATED

                              Defendant.
-----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate, by and through their counsel, that this action, including all the claims asserted by Plaintiff in the Complaint against Defendant, shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party. This Court shall retain jurisdiction to enforce the parties' Settlement agreement.

Dated: November 30, 2018
       Poughkeepsie, New York

MACKEY BUTTS & WISE, LLP

_____
David R. Wise (DW3016)
*Attorneys for Plaintiff*
319 Mill Street
Poughkeepsie, New York 12601
T: (845) 452-4000
F: (845) 454-4966
dwise@mbwise.com

CORBALLY GARTLAND & RAPPLEYEA, LLP

_____
Brooke D. Youngwirth (BY1210)
*Attorneys for Defendant*
35 Market Street
Poughkeepsie, NY 12601
T: (845) 454-1110
F: (845) 454-4857
bdy@cgrlaw.com

SO ORDERED:

_____ Dated: 12/7, 2018

{00112959 1}